**No. 10-9937. Lisa J. Gillard, Petitioner v. Southern New England School of Law.**

565 U.S. 810, 132 S. Ct. 83, 181 L. Ed. 2d 15, 2011 U.S. LEXIS 6656.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-9970. Wayne Earl LaFountain, Petitioner v. Erick Balcarcel.**

565 U.S. 810, 132 S. Ct. 84, 181 L. Ed. 2d 15, 2011 U.S. LEXIS 6617.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-10158. Thelma Williams, Jr., Petitioner v. Susan Webber Wright, Judge, United States District Court for the Eastern District of Arkansas, et al.**

565 U.S. 811, 132 S. Ct. 84, 181 L. Ed. 2d 15, 2011 U.S. LEXIS 6787.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-10159. Thelma Williams, Jr., Petitioner v. Lt. Johnson, et al.**

565 U.S. 811, 132 S. Ct. 84, 181 L. Ed. 2d 15, 2011 U.S. LEXIS 6684.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-10160. Thelma Williams, Jr., Petitioner v. Crouch, et al.**

565 U.S. 811, 132 S. Ct. 84, 181 L. Ed. 2d 15, 2011 U.S. LEXIS 6942.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-10217. Janet B. Cunningham, Petitioner v. Jack V. Kelley, et ux.**

565 U.S. 811, 132 S. Ct. 84, 181 L. Ed. 2d 15, 2011 U.S. LEXIS 6882.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10310. Christopher Burton Phillips, Petitioner v. City of Renton, Washington.**

565 U.S. 811, 132 S. Ct. 84, 181 L. Ed. 2d 15, 2011 U.S. LEXIS 6996.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10511. Oscar Lee Washington, Sr., Petitioner v. Florida Department of Children and Families.**

565 U.S. 811, 132 S. Ct. 85, 181 L. Ed. 2d 15, 2011 U.S. LEXIS 6700.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10536. Annie P. Walker, Petitioner v. Todd Honyaouma.**

565 U.S. 811, 132 S. Ct. 85, 181 L. Ed. 2d 16, 2011 U.S. LEXIS 6962.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10607. David Alamo Villegas, et al., Petitioners v. Florencio Berrios Castrodad, et al.**

565 U.S. 811, 132 S. Ct. 85, 181 L. Ed. 2d 16, 2011 U.S. LEXIS 6910.

October 3, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10629. Amos Vaughan, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 811, 132 S. Ct. 85, 181 L. Ed. 2d 16, 2011 U.S. LEXIS 6747.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied.

Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10651. Latif Khan, Petitioner v. Edward Bland, et al.**

565 U.S. 811, 132 S. Ct. 85, 181 L. Ed. 2d 16, 2011 U.S. LEXIS 6969.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10699. Fred Ray, Jr., Petitioner v. United States.**

565 U.S. 812, 132 S. Ct. 86, 181 L. Ed. 2d 16, 2011 U.S. LEXIS 6866.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-10726. David L. Green, Petitioner v. Ray Mabus, Secretary of the Navy.**

565 U.S. 811, 132 S. Ct. 86, 181 L. Ed. 2d 16, 2011 U.S. LEXIS 6750.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docket-